**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01043-CR

———————

**TONY  MERLOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2011R-0105**

---

## ORDER

The reporter's record in this case was due **December 09, 2013**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Vicki L. Brown**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM